**MAYNARD**NEXSEN

Alexander B. Feinberg
DIRECT: 205.254.1858
EMAIL: afeinberg@maynardnexsen.com

February 9, 2026

> The briefing schedule is ADOPTED.
> SO ORDERED.
>
> _Jennifer E. Willis_
> _____
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> February 11, 2026

**Via ECF**
Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***Brian Stearn v. Protective Life & Annuity Insurance Company, et al.***
       **Civil Action No. 1:26-cv-00332-DEH-JW**

Dear Your Honor:

Our firm represents Defendant Protective Life & Annuity Insurance Company ("PLAIC") and Defendant Empower Annuity Insurance Company of America f/k/a Great-West Life & Annuity Insurance Company ("Empower America," and collectively with PLAIC, the "Defendants") in the above-styled matter. Prior to the removal of this matter to this Court, the Defendants filed their Partial Motion to Dismiss Plaintiff Brian Stearn's ("Plaintiff") Verified Complaint, which remains pending. *See* D.E. 1-1, D.E. 1-2 (the "Motion to Dismiss").

The parties have conferred regarding a proposed briefing schedule on Defendants' Motion to Dismiss, and the parties jointly submit the following proposed schedule:

- Plaintiff shall file a response to Defendants' Motion to Dismiss on or before March 6, 2026.

- Defendants shall file a reply in support of their Motion to Dismiss on or before March 20, 2026.

Accordingly, Defendants, with the written consent of Plaintiff, respectfully request that the Court enter an Order setting the foregoing briefing schedule for Defendants' Motion to Dismiss.

Respectfully submitted,

*Alexander B. Feinberg*

Alexander B. Feinberg

cc:    All counsel of record (via ECF and e-mail)

1901 Sixth Avenue North  |  Suite 1700  |  Birmingham, AL 35203  |  205.254.1000  |  maynardnexsen.com